10-21351.ob

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-21351-CIV-MARTINEZ-BROWN

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,

vs.

ILONA CONDOMINIUM ASSOCIATION,
INC., and VERA BUILDERS ENTERPRISES,
INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR CLARIFICATION

**This matter** is before this Court on defendant...'s Motion for Clarification ...(D.E. 48). The Court has considered the motion, the response, the reply, and all pertinent materials in the file. This motion followed a hearing on November 2, 2010, where argument of counsel was considered and certain rulings were made.

The problem with this motion is that the very litigious parties seem to want to argue more than they want to resolve. The motion asks this Court to clarify that defendant has not been ordered to produce documents which would be subject to the attorney/client privilege. Defendant is correct and the Court noted at the hearing that the untimeliness of defendant's actions did not operate to create a waiver of said privilege. See D.E. 46 - which is already dispositive of this motion.

From this, the response and reply have degenerated into whether certain documents are or are not privileged, and whether or not privilege has been waived...for other reasons. Neither is the

subject of this motion and neither is being ruled on herein.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED** - but only to the extent noted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of December, 2010.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Jose E. Martinez
      Counsel of record